UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA FAVILA,<br><br>        Plaintiff,<br><br>    v.<br><br>WALGREEN CO.,<br><br>        Defendant. | Case No. 3:23-cv-06559-JD<br><br>**ORDER TO SHOW CAUSE** |

On March 21, 2024, the Court held a regularly noticed case management conference. Counsel for both parties did not appear at the conference. Dkt. No. 13. The absences were unexcused.

These defaults unduly burden the Court, and needlessly multiply the proceedings in this case. Favila's counsel of record, Benjamin D. Nielsen, and Walgreen's counsel of record, Adriana Maria Rivero Garcia, are directed to show cause in writing why the Court should not impose professional conduct sanctions on them, or monetary or other sanctions. Responses to this order must be filed by April 12, 2024.

**IT IS SO ORDERED.**

Dated: March 28, 2024

JAMES DONATO
United States District Judge